IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**KIMBERLI D. MacCOLLISTER,**

    **Plaintiff,**

v.                                          Case No. CIV-19-382-JFH-KEW

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

    **Defendant.**

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 21] of United States Magistrate Kimberly E. West reviewing the decision of the Commissioner of the Social Security Administration to deny disability to Kimberli D. MacCollister. The Magistrate Judge recommends the Commissioner's denial of benefits be affirmed.

Plaintiff did not object to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, the decision of the Commission is affirmed.

IT IS SO ORDERED this 24th day of March, 2021.

                                                            JOHN F. HEIL, III
                                                            UNITED STATES DISTRICT JUDGE